In the Matter of the Application of JOHN J. CASEY and Others, Appellants, for an Order of Mandamus against GEORGE J. RYAN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

In the Matter of Supplementary Proceedings: JESSE L. GOLDBERGER, Judgment Creditor, Appellant, against EASTERN CONSTRUCTION COMPANY, INC., Judgment Debtor. FRANK J. TAYLOR, Comptroller of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

ROSE GOLDMAN, Respondent, v. JACK GOLDMAN, Appellant.— Order unanimously modified by reducing the amount of alimony for the support of plaintiff and the infant child to the sum of ten dollars per week, and the amount of counsel fee to the sum of $100, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

RICHARD H. LONG, as Administrator, etc., of MARY FRANCES LONG, Deceased, Respondent, v. JOHN R. COOK and GRAND UNION STORES, INC., Defendants, Impleaded with ROY E. SPEAR, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

B. F. HIRSCH, INC., and Others, Appellants, v. AISENSTEIN-WORONOCK & SONS, INC., and NATIONAL SURETY CORPORATION, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

BELLE BUKOFZER and EDWIN BUKOFZER, Appellants, v. CENTURY APARTMENTS, INC., Respondent.— Order unanimously modified by allowing item 2 of the notice of motion, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

LAURA GRANVILLE, as Ancillary Administratrix of the Estate of TAYLOR GRANVILLE, Also Known as GRANVILLE TAYLOR, Deceased, Respondent, v. SAMUEL H. GRISMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

ERNEST H. GRUENING, Respondent, v. STEPHEN G. WALTON, Appellant, Impleaded with Others.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

LILLIAN MILLER KATZ, Respondent, v. WILLIAM KATZ, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.